CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 1 2 2017

JULIA A. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 5:14CR00035 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| BRANDI NICHOLE MARPLE, | ) | By: Michael F. Urbanski |
| Defendant. | ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby

**ADJUDGED** and **ORDERED**

that the government's motion to dismiss (ECF No. 116) is **GRANTED**; Marple's motion to

amend/correct her § 2255 motion (ECF No. 115) is **GRANTED**; Marple's motion to

vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (ECF No. 101) is

**DISMISSED**; a certificate of appealability is **DENIED**; and this action is **STRICKEN**

from the active docket of this court.

The Clerk shall send copies of this Order and the accompanying Memorandum

Opinion to the parties.

ENTER: This _11_ day of April, 2017.

*/s/ Michael F. Urbanski*
_____
United States District Judge